FILED
SEP 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States Court ~~of Federal Claims~~ for District of Columbia

Thomas J. Ronk

v.

The United States

07-1662

Application to ~~Proceed~~ Leave to file without
~~In Forma Pauperis~~ Prepayment of Cost GRANTED

[signature] 9/14/07

I, Thomas J. Ronk, request to proceed without being required to prepay filing fees. I state that because of my poverty, I am unable to pay such fees; that I believe I am entitled to relief. The nature of my action, or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?  Self-employed    X Yes ___ No

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary) ~ $1,000 a month. writing projects from Newsweek Education Program + Ed. toy jobs from McGraw Hill
   
   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   
   251 W-57th St NY NY 10019

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?   X Yes ___ No
   b. Rent payments, interest or dividends?    ___ Yes X No
   c. Pensions, annuities or life insurance payments   ___ Yes X No
   d. Gifts or inheritances?    ___ Yes X No
   e. Any other sources?    ___ Yes X No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

I am a freelance education writer. I write education/curriculum materials for Newsweek's Education Prog. I make around $1,000 a month throughout the year — it depends on the writing assignments.

RECEIVED
AUG 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3.  Do you own any cash, or do you have money in checking, savings, or any other accounts?  __X__ Yes ___ No

    If the answer is "yes", state the total value of the items owned.   ~3.60 in checking
    no savings

4.  Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?  ___ Yes _X_ No

    If the answer is "yes", describe the property and state its approximate value.

5.  List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

    None

6.  Are you a prisoner? ___ Yes _X_ No

    If the answer is "Yes", you must submit a certified copy of your trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding your filing of the complaint as required by 28 U.S.C. §1915(a) (2) (2000).

    I declare under penalty of perjury that the foregoing is true and correct.
    (28 U.S.C. § 1746)

    Executed on  Aug 27, 2007    _____
                  (Date)              (Signature of Applicant)