**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
US Attorney General - DOJ
950 Pennsylvania Ave., NW
Washington, DC 20530

Civil Action, File Number __07-1662 HHK__

__Thomas Ronk__

V.

__Condoleezza Rice, Secretary__

erved pursuant to the Federal Rules of Civil Procedure.

nent part of this form below, AND RETURN COPIES 1 AND 2 to the sender within
urpose. Keep copy 3 for your records.

KNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation,
r other entity, you must indicate under your signature your relationship to that entity. If
authorized to receive process, you must indicate under your signature your authority.

d 2 of this form to the sender within ___ days, you (or the party on whose behalf you
incurred in serving a summons and complaint in any other manner permitted by law.

f this form, you (or the party on whose behalf you are being served) must answer the
were sent. If you fail to do so, judgment by default will be taken against you for the

otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

F RECEIPT OF SUMMONS AND COMPLAINT
d a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense