**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Condoleezza Rice, Secretary of State
US Department of State
Washington, DC 20001

Civil Action, File Number __07-1662 HHK__

__Thomas Rook__
V.

__Condoleezza Rice, Secretary__

...ed pursuant to the Federal Rules of Civil Procedure.

...t part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ...ose. Keep copy 3 for your records.

...OWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, ...ther entity, you must indicate under your signature your relationship to that entity. If ...uthorized to receive process, you must indicate under your signature your authority.

...2 of this form to the sender within ___ days, you (or the party on whose behalf you ...ncurred in serving a summons and complaint in any other manner permitted by law.

...this form, you (or the party on whose behalf you are being served) must answer the ...were sent. If you fail to do so, judgment by default will be taken against you for the

...otice and Acknowledgment of Receipt of Summons and Complaint By Mail was

Signature *(USMS Official)*

OF RECEIPT OF SUMMONS AND COMPLAINT
...ed a copy of the summons and of the complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Condoleezza Rice, Secretary of State
US Dept. Of State
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X ☐ Agent ☐ Addressee
B. Received by *(Printed Name)*    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)*

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Copy 4 - USMS District Suspense