```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


THOMAS RONK,                      )
  340 West 47th Street, 1D        )
  New York, NY 10036              )
                                  )
        Plaintiff,                )
                                  )
    v.                            )
                                  ) Civil Action No. 07-1662(HHK)
CONDOLEEZA RICE,                  )
  SECRETARY OF STATE,             )
  U.S. DEPT. OF STATE             )
  2201 C Street, NW               )
  Washington, D.C. 20530          )
                                  )
        Defendant.                )
```

PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney Karen L. Melnik as counsel for the defendant in this action.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar #498610


_____/s/_____
KAREN L. MELNIK D.C. BAR #436452
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0338 (O)
(202) 514-8780 (Fax)

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that service of the foregoing praecipe has been made via ECF and/or mail to plaintiff at the following address on December 7, 2007.

```
THOMAS RONK
340 West 47th Street, 1D
New York, NY 10036
```

                                                   /s/
                         KAREN L. MELNIK D.C. BAR #436452
                         Assistant United States Attorney
                         U.S. Attorney's Office for the District of
                             of Columbia
                         Civil Division
                         555 Fourth Street, N.W. Rm. E-4112
                         Washington, D.C. 20530
                         (202) 307-0338