IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS RONK
340 West 47th Street, 1D
New York, NY 10036

     Plaintiff,

v.

CONDOLEEZZA RICE
SECRETARY OF STATE
U.S. DEPARTMENT OF STATE
2201 C Street NW
Washington, DC 20520

     Defendant.

Civil Action No. 07- 1662 (HHK)

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Request for Extension

I, Thomas Ronk, kindly request an extension to the Civil Action No. 07-1662 (HHK). I am currently in Kabul, Afghanistan on a three-month assignment with American Councils for International Education. I will return to the States in March 2008. I kindly request an extension so that I may properly respond to the defendant's claims.

Respectfully,

_____s/s_____
Thomas J. Ronk
340 West 47th Street, 1D
New York, NY 10036
917.720.8050
January 16, 2008

Plaintiff Pro Se