UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Thomas Ronk,            )<br>                              )<br>           Plaintiff,    )<br>     v.                       )<br>                              )<br> Condoleeza Rice,         )<br> U.S. Department of State )<br>                              )<br>           Defendant.   )<br>                              ) | Civil Action No. 07-cv1662(HHK)<br>ECF |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Raymond A. Martinez and remove the appearance of Assistant United States Attorney Karen L. Melnik, as counsel of record for Defendant in the above-captioned case.

Dated: February 26, 2008                        Respectfully submitted,


                                    /s/ Raymond A. Martinez
                                    Raymond A. Martinez
                                    Special Assistant United States Attorney
                                    555 Fourth St., N.W.
                                    Washington, D.C.  20530
                                    Phone: (202) 514-9150
                                    Fax: (202) 514-8780
                                    Raymond.Martinez2@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 26th day of February I caused the foregoing Notice of Substitution of Counsel to be served on Plaintiff counsel , via first class, postage pre-paid mail, addressed as follows:

Thomas Ronk
340 West 47th Street, 1D
New York, NY 10036
.

          /s/   Raymond A. Martinez
          Raymond A. Martinez
          Special Assistant United States Attorney
          555 Fourth St., N.W.
          Washington, D.C.  20530
          Phone: (202) 514-9150
          Fax: (202) 514-8780
          Raymond.Martinez2@usdoj.gov