UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS RONK , <br><br> Plaintiff, <br><br> v. <br><br> CONDOLEEZA RICE, Secretary of State <br><br> Defendants. | Civil Action 07-1662  (HHK) |

## FINAL ORDER

Plaintiff, proceeding *pro se* filed this action under Title VII of the Civil Rights Act of 1964, alleging sexual harassment, hostile work environment and retaliation by his supervisor. The defendant filed a motion to dismiss, or in the alternative, a motion for summary judgment. By order dated December 11, 2008, the plaintiff was advised to file a response to the defendant's motion by January 17, 2008 or risk the complaint being dismissed.  The plaintiff sought an extension of time to respond.  By order dated  February 1, 2008, the plaintiff was granted time through March 17, 2008, and was reminded that he risked dismissal if he failed to respond by that date.  Plaintiff has not filed a response or sought additional time to do so.  Accordingly, it is

ORDERED that the defendants' motion [Dkt. 7] to dismiss the complaint is GRANTED as conceded.  *See* Local Civil Rule 7(b).  The complaint is DISMISSED.

This is a final, appealable order.  *See* Fed. R. App. 4(a).

/s/
HENRY H. KENNEDY, Jr.
Date:  May 5, 2008                                          United States District Judge